**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-7560**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

CLARENCE GOODWIN PERKINS,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, District Judge.  (CR-93-194)

─────────────

Submitted:  February 10, 2000        Decided:  February 15, 2000

─────────────

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Clarence Goodwin Perkins, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Goodwin Perkins appeals the district court's order amending a judgment in a criminal case. We have reviewed the record and the district court's order and find no reversible error. The claims Perkins raises in his informal brief were not raised before the district court and cannot be raised for the first time on appeal. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED